| TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
|---|---|---|
| 5002867 | 7/19/2016 | Vetnique Labs LLC |
| 4203651 | 9/4/2012 | Vetnique Labs LLC |
| 5308384 | 10/10/2017 | Vetnique Labs LLC |
| 5852132 | 9/3/2019 | Vetnique Labs LLC |
| 5747385 | 5/7/2019 | Vetnique Labs LLC |
| 6330297 | 8/11/2020 | Vetnique Labs LLC |
| 4553243 | 6/17/2014 | Vetnique Labs LLC |