U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: Vetnique Labs LLC v. Butler et al.

Case Number: 1:23-cv-15946

An appearance is hereby filed by the undersigned as attorney for:
Vetnique Labs LLC

Attorney name (type or print): Daniel C.F. Wucherer

Firm: Vorys, Sater, Seymour and Pease LLP

Street address: 301 E. Fourth Street, Suite 3500

City/State/Zip: Cincinnati, OH 45223

Bar ID Number: 0097210 (Ohio Bar No.)
(See item 3 in instructions)

Telephone Number: (513) 723-4093

Email Address: dcwucherer@vorys.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 14, 2023

Attorney signature: S/ Daniel C.F. Wucherer

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015