# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **VETNIQUE LABS LLC**, an Illinois limited liability company, | )<br>)<br>) |
| Plaintiff, | ) Case No: 1:23-cv-15946<br>)<br>) JURY TRIAL DEMANDED |
| v. | )<br>) |
| **PAUL BUTLER**, a natural person, and **JOHN DOES 1-10**, individually or as corporations/business entities, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTIFICATION AS TO AFFILIATES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Vetnique Labs LLC ("Vetnique") gives notice that it has no parent corporation and no publicly held corporation owns 10% or more of its stock. Pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Vetnique states that its "affiliates" as defined by Local Rule 3.2 are James Bascharon and Render Dahiya.

Dated: November 14, 2023

Respectfully submitted,

*/s/ Daniel C.F. Wucherer*
Daniel C.F. Wucherer
VORYS, SATER, SEYMOUR AND PEASE LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
Tel: (513) 723-4093: Fax: (513) 852-7811
dcwucherer@vorys.com

***Attorneys for Plaintiff Vetnique, Inc.***