# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Vetnique Labs LLC v. Butler

Case Number: 23-cv-15946

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Vetnique Labs LLC

Attorney name (type or print): Matthew J. Singer

Firm: Matt Singer Law, LLC

Street address: 77 W. Wacker Dr., Suite 4500

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6310185
(See item 3 in instructions)

Telephone Number: (312) 248-9123

Email Address: matt@mattsingerlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 15, 2023

Attorney signature: S/ Matthew J. Singer

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023