142165

IN THE US DISTRICT COURT
NORTHERN DISTRICT OF THE STATE OF ILLINOIS
CAUSE NO. 1:23-cv-15946
SHERIFF'S RETURN OF SERVICE

PLAINTIFF: VETNIQUE LABS, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY

vs.

DEFENDANT: PAUL BUTLER, A NATURAL PERSON, AND JOHN DOES 1-10, INDIVIDUALLY OR AS CORPORATIONS/BUSINESS ENTITIES

I the undersigned do hereby state that I received the following documents: SUMMONS IN A CIVIL CASE and COMPLAINT FOR DAMAGES, INJUNCTIVE, AND OTHER RELIEF FOR VIOLATION OF 15 U.S.C. SECTIONS 1114, 1125(A) AND RELATED STATE CLAIMS (JURY TRIAL DEMANDED) on November 17, 2023 for service upon PAUL BUTLER and that I acted on same within the County of Pierce, State of Washington, as follows:

**PERSONAL:** On November 20, 2023 at 8:35 AM, I delivered to PAUL BUTLER, personally, a copy of said documents at 2023 EVERGREEN WAY SW, JBLM, WASHINGTON.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated November 21, 2023.

ED TROYER
PIERCE COUNTY SHERIFF

By_____
BRIAN K. SWALANDER
Deputy Sheriff

State of Washington, County of Pierce
Signed and sworn to (or affirmed) before me this 21st day of November, 2023.

_____
Signature of Notary Public Kirsten M Wickstrom
My Commission Expires: October 31, 2026